IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**AUNDRA HAWKINS**                                                                                    **PLAINTIFF**

**v.**                            **CASE NO. 2:21-CV-00055-BSM**

**COBY HEARD,** *Individually and in*
*his Official Capacity as an Officer for*
*the Dermott Police Department*; **and**
**CITY OF DERMOTT**                                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 20th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE